**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JULIAN MARSHALL WILLIAMS

BRANDON TYLER SHEETS
ADC #652781                                                                                          PLAINTIFFS

V.                                         NO: 4:11CV00585 SWW/HDY

RICKY SHROUD *et al.*                                                                          DEFENDANTS

## ORDER

Plaintiffs Julian Marshall Williams and Brandon Tyler Sheets filed this complaint on July 25, 2011. Pursuant to a Court order, Williams filed an amended complaint (docket entry #16). However, mail sent to Williams's address of record at the White County Detention Facility has been returned as undeliverable (docket entry #17). Williams may now be incarcerated at the Arkansas Department of Correction. Accordingly, Williams is directed to submit, no later than 14 days after the entry of this order, a notice confirming his correct address, along with a notice of his intent to continue with the prosecution of this case, if he intends to do so. Williams's failure to do so will result in the recommended dismissal of his complaint. The Clerk is directed to send a copy of this order to Williams at the Arkansas Department of Correction's Tucker Unit.

IT IS SO ORDERED this __21__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE