**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JULIAN MARSHALL WILLIAMS

BRANDON TYLER SHEETS
ADC #652781                                                                                              PLAINTIFFS

V.                                        NO: 4:11CV00585 SWW/HDY

RICKY SHROUD *et al.*                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence proffered at the hearing before the District
    Judge (if such a hearing is granted) was not offered at the
    hearing before the Magistrate Judge.

1

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiffs Julian Marshall Williams and Brandon Tyler Sheets filed this complaint, pursuant to 42 U.S.C. § 1983, on July 25, 2011. The $350.00 filing fee was not paid, and only Williams filed an application for leave to proceed *in forma pauperis*. The Court granted Williams's application for leave to proceed *in forma pauperis* on August 18, 2011 (docket entry #9). That same order directed each Plaintiff to file an amended complaint, and further directed Sheets to submit the filing fee, or an application for leave to proceed *in forma pauperis*. Plaintiffs were warned that their failure to comply with the order within 30 days would result in the recommended dismissal of their claims.

More than 30 days have passed, and Sheets has not responded to the order in any manner. Williams did file an amended complaint (docket entry #16), but thereafter, mail sent to his address of record was returned as undeliverable. Accordingly, on September 21, 2011, Williams was ordered to file a notice confirming his updated address, along with a statement of his intent to continue with the prosecution of the case, if he intended to do so, within 14 days (docket entry #18).

Because it appeared that Williams may have been transferred to the Arkansas Department of Correction's Tucker Unit, the order was sent to Williams at the Tucker Unit, as well as his address of record. More than 14 days have passed, and Williams has not responded to the order. Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

  IT IS THEREFORE RECOMMENDED THAT:

  1. Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's orders.

  2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

  DATED this  14   day of October, 2011.

                     UNITED STATES MAGISTRATE JUDGE