## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JULIAN MARSHALL WILLIAMS

BRANDON TYLER SHEETS
ADC #652781                                                                                              PLAINTIFFS

V.                                            NO: 4:11CV00585 SWW

RICKY SHROUD *et al.*                                                                           DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE